

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2016

No. 04-16-00349-CV

Lee Nick **MCFADIN**, III and Sandra C. Saks,
Appellants

v.

Marcus P. **ROGERS**, in his capacity as Interim Trustee of the Saks Children Family Trust a/k/a
ATFL&L,
Appellees

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2011-PC-3466-A
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

The clerk's record has not been filed in this appeal; the appellate record is not yet complete. *See* TEX. R. APP. P. 38.6(a). Appellant's September 14, 2016 motion for extension of time to file the brief is MOOT. Appellant's brief will be due thirty days after the appellate record is complete. *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2016.

_____
Keith E. Hottle
Clerk of Court